

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00071-CV

| | | |
|---|---|---|
| RONDERRICK JOHNSON, Appellant | § | On Appeal from the 233rd District Court |
| | § | of Tarrant County (233-654949-19) |
| V. | § | February 20, 2020 |
| TALAUN BATHSHEBA HASSEAN SIMMONS, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Ronderrick Johnson shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel